No. 1272. El Pueblo, Apelado, v. Suárez, Apelante.— Acometimiento y agresión grave.   Guayama.   Junio 11, 1918. *Desistida la apelación.*

No. 1210. El Pueblo, Apelado, v. Maisonet, Apelante.— Adulterio.   San Juan, Sección 2ª.   Junio 11, 1918.   *Revocada la sentencia y devuelto el caso para la celebración de un nuevo juicio.*

No. 1280. El Pueblo, Apelado, v. García, Apelante.—Infracción de la Ley de Automóviles.   Ponce.   Junio 18, 1918. *Confirmada la sentencia apelada.*

No. 1273. El Pueblo, Apelado, v. Léctora, Apelante.— Infracción de la sección 22 de la Ley de Arbitrios.   Guayama. Junio 20, 1918.   *Confirmada la sentencia apelada.*

No. 1878. S. A. Des Sucreries de Saint Jean et al., Apelantes, v. Banco de Puerto Rico, Sustituído por Joaquín Moreno et al., Apelados.—Prelación de créditos.   San Juan Sección 2ª.   Junio 26, 1918.   *Desestimada la apelación.*

No. 1271. El Pueblo, Apelado, v. Saunión et al., Apelantes.—Infracción del artículo 362 del Código Penal.   Guayama.   Junio 27, 1918.   *Confirmada la sentencia apelada.*

No. 1757. Seín, Apelante, v. García Soler, Apelado.— Cobro de dinero: nulidad de embargo.   Aguadilla.   Junio 28, 1918.   *Confirmada la resolución apelada.*